ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
DORIS E. CHESTERFIELD,           :
                                :
            Plaintiff,           :
                                :
        - v. -                   :
                                :  STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :  07 Civ. 10977 (RJS)
Commissioner of                  :
Social Security,                 :
                                :
            Defendant.           :
                                :
- - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 4/7/08

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from April 25, 2008 to and including June 25, 2008.  The reason for the request is

because the defendant's counsel has not yet been able to complete his review of the administrative record. One previous extension has been granted in this case.

Dated: New York, New York
       March  , 2008

>       GREY & GREY, LLP
>       Attorneys for Plaintiff
>
>       By: _____
>       PETER TUFO, ESQ.
>       360 Main Street
>       Farmingdale, New York  11735
>       Telephone No.: (516) 249-1342
>
>       MICHAEL J. GARCIA
>       United States Attorney
>       Southern District of New York
>       Attorney for Defendant
>
>       By: _____
>       JOHN E. GURA, JR.
>       Assistant United States Attorney
>       86 Chambers Street - 3rd Floor
>       New York, New York  10007
>       Telephone No.: (212) 637-2712
>       John.Gura@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

No further extensions will be granted absent truly compelling circumstances.

4/4/08