UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x

DORIS CHESTERFIELD,                             :    **REVISED**
                                                     **SCHEDULING ORDER**
       Plaintiff,                          :

    - v. -                                          07 Civ. 10977(RJS)
                                                :
MICHAEL J. ASTRUE,
Commissioner of Social Security,                :

       Defendant.                          :

- - - - - - - - - - - - - - - - - - - - - - - x

      Defendant having filed his answer to the complaint on June 25, 2008,

      IT IS HEREBY ORDERED that:

1. Defendant's motion for judgment on the pleadings shall be served and filed on or before October 2, 2008;

2. Plaintiff's response to the motion and any cross-motion shall be served and filed on or before November 3, 2008; and,

3. Defendant's response and reply shall be served and filed on or before November 17, 2008.


SO ORDERED:

_____
United States District Judge